UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD.,<br><br>Defendant. | Case No. 15-cv-00539-EDL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATED REQUEST** |
|---|---|

Before the Court are four related patent infringement lawsuits brought by Plaintiff Rothschild Storage Retrieval Innovations, LLC ("Rothschild") against HTC Corporation ("HTC"), Sony Mobile Communications (USA) Inc. ("Sony"), Apple Inc. ("Apple") and Samsung Electronics Co. ("Samsung") alleging infringement of U.S. Patent No. 8,437,797 (the "'797 Patent"). All parties consent to magistrate court jurisdiction and all four cases are set for an initial case management conference on May 5, 2015. Also set for May 5, 2015 is a hearing on defendants HTC, Sony and Apple's motions to stay the cases against them pending inter partes review by the Patent Trial and Appeal Board of the United States Patent and Trademark Office.[1]

After briefing on three of the four motions to stay was complete, Defendants Samsung, Sony and Apple noticed motions for judgment on the pleadings for May 26, 2015.

All parties have filed stipulated requests to continue the proceedings currently set for May 5, 2015, including the hearing on HTC, Sony and Apple's motions to stay and initial case management conferences in all four related cases, to May 26, 2015 to coincide with the hearing on the three pending motions for judgment on the pleadings.

---

[1] Samsung has filed an almost identical motion to stay set for hearing on May 19, 2015.

To avoid the potential for needless expense if the cases are stayed, the Court grants the stipulated request to continue the case management conferences in all four cases from May 5 to May 26, 2015. The Court denies the stipulated request to continue the hearing on the motions to stay, and will hold a hearing on the motions to stay as scheduled. Should any party wish to appear by phone at the hearing or subsequent hearing on motions for judgment on the pleadings if not mooted, counsel may file a request in accordance with the Court's Standing Order.

**IT IS SO ORDERED.**

Dated: April 27, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

2