UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SONY MOBILE COMMUNICATIONS (U.S.A), INC.,<br><br>        Defendant. | Case No.  15-cv-00234-EDL<br><br>Case No.  15-cv-00373-EDL<br><br>Case No.  15-cv-00539-EDL<br><br>Case No.  15-cv-00541-EDL<br><br>**ORDER ADMINISTRATIVELY TERMINATING PENDING MOTIONS** |

ROTHSCHILD STORAGE RETRIEVAL
INNOVATIONS, LLC,

        Plaintiff,

    v.

HTC CORP., et al.,

        Defendants.

ROTHSCHILD STORAGE RETRIEVAL
INNOVATIONS, LLC,

        Plaintiff,

    v.

SAMSUNG ELECTRONICS CO. LTD., et
al.

        Defendants.

ROTHSCHILD STORAGE RETRIEVAL
INNOVATIONS, LLC,

        Plaintiff,

    v.

APPLE, INC.

        Defendant.

United States District Court
Northern District of California

On May 6, 2015, this Court stayed these four related patent infringement lawsuits brought by non-practicing entity Rothschild Storage Retrieval Innovations, LLC ("Rothschild") against HTC Corporation ("HTC"), Sony Mobile Communications (USA) Inc. ("Sony"), Apple Inc. ("Apple") and Samsung Electronics Co. ("Samsung") pending inter partes review by the Patent Trial and Appeal Board of the United States Patent and Trademark Office.  Motions for judgment on the pleadings were pending in three of the four cases at the time the stay was imposed.  See 15-cv-00234 Dkt. #74; 15-cv-00539 Dkt. # 76; 15-cv-00541 Dkt. # 71.  These motions are hereby administratively terminated, and may be re-filed if appropriate when and if the stay is lifted.

        **IT IS SO ORDERED.**

Dated: May 28, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge

United States District Court
Northern District of California