UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONY MOBILE COMMUNICATIONS (U.S.A), INC.,<br><br>　　　　　Defendant. | Case No. 15-cv-00234-EDL<br>Case No. 15-cv-00373-EDL<br>Case No. 15-cv-00539-EDL<br>Case No. 15-cv-00541-EDL<br><br>**ORDER CONTINUING STAY AND REQUIRING FURTHER STATUS UPDATE** |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HTC CORP., et al.,<br><br>　　　　　Defendants. | |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>SAMSUNG ELECTRONICS CO. LTD., et al.<br><br>　　　　　Defendants. | |
| ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br>APPLE, INC.<br>　　　　　Defendant. | |

1   On May 6, 2015, this Court granted Defendants' motions to stay these four related cases
2 pending the PTAB's decision on whether to institute inter partes review of the patent at issue.  The
3 Court ordered the parties to provide a written update on the status of the proceedings before the
4 PTAB within one week of its decision on whether to institute IPR of the '797 Patent.  The parties
5 have informed the Court that on July 13, 2015 the PTAB instituted an inter partes review of all
6 claims of the patent at issue.   These cases shall remain stayed and the parties are to provide the
7 Court with a written update on the status of the proceedings before the PTAB within one week of
8 a final written decision, or by July 20, 2016, whichever is earlier.

10  **IT IS SO ORDERED.**

11  Dated:  July 22, 2015



ELIZABETH D. LAPORTE
United States Magistrate Judge

2